# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2244
LT Case No. 2009-CF-002164-A

_____

TYLER DAVID WEISMAN,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.800 appeal from the Circuit Court for Seminole County.
Melissa Souto, Judge.

William Mallory Kent, of Kent & McFarland Attorneys At Law, Jacksonville, for Appellant.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

  AFFIRMED.

LAMBERT, JAY, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————